November 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KEVIN ELLIS, Appellant

NO. 14-12-00635-CV                                   v.

RELIANT ENERGY RETAIL SERVICES, LLC, Appellee

_____

This cause, an appeal from the final judgment in favor of appellee, Reliant Energy Retail Services, LLC, signed, July 9, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting traditional summary judgment in favor of Reliant on its claims. We therefore order that the portions of the judgment granting judgment as to appellee Reliant's claims are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellee, Reliant Energy Retail Services, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.